

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

Grover Sellers
~~PRICE DANIEL~~
ATTORNEY GENERAL

Hon. C. H. Cavness
State Auditor
Austin, Texas

Dear Sir:

Opinion No. 0-7077

Re: Whether the Texas Prison System
has authority to purchase small
tools, implements, working live-
stock and breeding livestock and
pay for the same out of the "Pris-
on Industrial Revolving Fund."

We have received your request for our opinion on the here-
inabove captioned matter and we quote from your letter as follows:

"In connection with our audit of the Texas Prison
System we would like your opinion on the following. The
current Departmental Appropriation Act includes the
following as the first 'rider' on the appropriation to
the Texas Prison System:

'For the purpose of efficiency and economically
purchasing supplies and materials necessary for
the operation and maintenance of the Prison
System's shoe shop, print shop, garment factory,
textile mill, sugar mill, canning plant, agri-
cultural and livestock program, license plate
plant, brick plant, tannery, and any other
industry of the Prison System, and for the
processing, packaging and distributing the goods
produced by the Prison Industries there is hereby
reappropriated for each year of the biennium
beginning September 1, 1945, the Prison Industrial
Revolving Fund of Fifty Thousand ($50,000.00)
Dollars created by Chapter 403 (H.B.78) Acts of
the First Called Session of the 44th Legislature
and deposited in equal amounts in the First
National Bank and the Huntsville National Bank
in Huntsville, Texas, subject to and with the
benefits contemplated in the provisions of said
Act. The Prison Industrial Revolving Fund in
the State Treasury and all deposits thereto
during the biennium beginning September 1, 1945,
are appropriated for each year of the biennium
and all withdrawals from the Prison Industrial
Revolving Fund in the State Treasury made in
carrying out said Chapter 403, shall be made on
vouchers of the Prison System signed by the

General Manager and Auditor of the Prison System
and approved by the State Board of Control and
the State Comptroller. The Comptroller shall
issue his warrants in payment of said vouchers,
when properly signed and approved, out of any
money in said Treasury Account.'

"The Prison System is depositing all funds received from
the sale of farm products and livestock in the Prison Industrial
Revolving Fund - we are sure this is the correct procedure
and as was intended by the Legislature.

"We wish to ask if in your opinion it is proper for the
Prison System to purchase from the Prison Industrial Revolving
Fund, under the 'agricultural and livestock program' specified
in the above rider, the following: small tools, implements,
working livestock, and breeding livestock."

Section 6, Article 8 of the Texas Constitution reads as
follows:

"No money shall be drawn from the Treasury but in
pursuance of specific appropriations made by law; nor
shall any appropriation of money be made for a longer
term than two years, except by the first Legislature
to assemble under this Constitution, which may make the
necessary appropriations to carry on the government
until the assemblage of the sixteenth Legislature."

We quote from Senate Bill No. 317, Acts 49th Legislature,
1945, Reg. Ses., page 90 7, (which is the General Appropriation Bill
for the Executive and Administrative Departments of State government),
as follows:

"For the purpose of efficiency and economically
purchasing supplies and materials necessary for the
operation and maintenance of the Prison System's shoe shop,
print shop, garment factory, textile mill, sugar mill,
canning plant, agricultural and livestock program, license
plate plant, brick plant, tannery, and any other industry
of the Prison System, and for the processing, packaging
and distributing the goods produced by the Prison Industries
there is hereby reappropriated for each year of the biennium
beginning September 1, 1945, the Prison Industrial Revolving
fund of Fifty Thousand ($50,000.00) Dollars created by
Chapter 403 (H.B. 78), Acts of the First Called Session of
the 44th Legislature and deposited in equal amounts in the
First National Bank and the Huntsville National Bank in
Huntsville, Texas, subject to and with the benefits contem-
plated in the provisions of said Act. The Prison Industrial
Revolving Fund in the State Treasury and all deposits there-
to during the biennium beginning September 1, 1945, are
appropriated for each year of the biennium and all with-

drawals from the Prison Industrial Revolving Fund in the
State Treasury made in carrying out said Chapter 403, shall
be made on vouchers of the Prison System signed by the
General Manager and Auditor of the Prison System and approved
by the State Board of Control and the State Comptroller.
The Comptroller shall issue his warrants in payment of said
vouchers, when properly signed and approved, out of any
money in said Treasury Account."

In view of the foregoing, it is the opinion of this depart-
ment that the Texas Prison System can legally make expenditures out
of the "Prison Industrial Revolving Fund" as is provided by the above
mentioned appropriation bill. There is an appropriation made for the
"purpose of efficiently and economically purchasing supplies and
materials necessary for the operation and maintenance of . . . . the
agricultural and livestock program" and we think that this provision
includes expenditures for small tools and other items mentioned in
your letter. Therefore, it is our opinion that the Texas Prison
System is authorized to purchase and pay for small tools, implements,
working livestock and breeding livestock out of the "Prison Industrial
Revolving Fund."

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By    /s/ J. C. Davis, Jr.
           Assistant

JCD:ms:jrb

APPROVED OPINION COMMITTEE
    BY WJF, Chairman

APPROVED FEB. 6, 1948
/s/ Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL